In the Matter of BENJAMIN A. JAVITS, an Attorney. —

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

(Republished)

PROPULSION SYSTEMS, INC., Appellant, v. AVONDALE SHIPYARDS, INC., Respondent. PROPULSION SYSTEMS, INC., Appellant, v. AVONDALE SHIPYARDS, INC., Respondent.—

Concur — Capozzoli, J. P., McGivern, Nunez and McNally, JJ.